# In the United States Court of Federal Claims

(Pro Se)

| | |
|---|---|
| RUSSELL K. HILL, | No. 17-1440C |
| Plaintiff, | (Filed: November 17, 2017) |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

**FILED**
NOV 17 2017
U.S. COURT OF FEDERAL CLAIMS

## ORDER

On October 10, 2017, the Court denied Mr. Hill's application to proceed in forma pauperis as barred by the in forma pauperis statute's "three strikes rule." Order, Docket No. 5. It ordered Mr. Hill to pay the Court of Federal Claims' $400 filing fee in full within thirty days, i.e., by November 9, 2017, or else his case would be dismissed for failure to prosecute. Id. Mr. Hill has not paid the filing fee. Therefore, pursuant to Rule 41(b) of the Rules of the Court of Federal Claims, Mr. Hill's complaint is **DISMISSED** without prejudice for failure to prosecute and failure to comply with a court order. The Clerk is directed to enter judgment accordingly. Each side shall bear its own costs.

**IT IS SO ORDERED.**

ELAINE D. KAPLAN
Judge

7017 1450 0000 1346 0850